STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 12-139


A & A CONSTRUCTION, LLC

VERSUS

EDWARD DONOVAN GUTIERREZ

Consolidated with CA 12-138


EDWARD D. GUTIERREZ

VERSUS

DAVID M. BALDRIDGE, ET AL.


**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. C-20092962 C/W C-20091819
HONORABLE MARILYN CARR CASTLE, DISTRICT JUDGE

**********

**JIMMIE C. PETERS**
**JUDGE**

**********

Court composed of Oswald A. Decuir, Jimmie C. Peters, and Billy Howard Ezell, Judges.


**AFFIRMED.**


Burnice Gerald Weeks
The Weeks Law Firm
1150 Expressway, Ste 205
Pineville, LA 71360
(318) 442-3045
COUNSEL FOR PLAINTIFF/APPELLEE:
    Edward D. Gutierrez

**Cade Aaron Evans**
**Allen & Gooch, APLC**
**2000 Kaliste Saloom Road, #400**
**Lafayette, LA 70508**
**(337) 291-1240**
**COUNSEL FOR DEFENDANTS/APPELLANTS:**
    **David M. Baldridge**
    **A & A Construction, LLC**

**PETERS, J.**

For the reasons set forth in No. 12-138, *Edward D. Gutierrez v. David M. Baldridge*, (La.App. 3 Cir. __So.3d__), we affirm the trial court judgment in favor of Edward D. Gutierrez and against A & A Construction, LLC, in all respects. We assess all costs of this appeal to A & A Construction, LLC.

**AFFIRMED.**